**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcos Jose OROZCO–WILCHES,**
**Defendant–Appellant.**

No. 09–16284
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 2, 2010.

Manuel Vazquez, Miami, FL, for Appellant.

Anne R. Schultz, Miami, FL, for Appellee.

Before CARNES, HULL and FAY, Circuit Judges.

PER CURIAM:

Manuel Vazquez, appointed counsel for Marcos Jose Orozco–Wilches in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Orozco–Wilches's conviction and sentence are **AFFIRMED.**